UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>                Plaintiff,<br><br>   v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                Defendant. | CASE NO. 11-5810 RJB<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE |

This matter comes before the Court on the Parties' Stipulated Motion for Continuance. Dkt. 25. The Court has reviewed the motion and the record.

Pursuant to Fed. R. Civ. P. 16, this Court may modify the case schedule for good cause. Parties have shown good cause here, and their motion for a 60 day continuance of all deadlines should be granted.

Accordingly, it is **ORDERED** that:

- The Parties' Stipulated Motion for Continuance (Dkt. 25) **IS GRANTED**;
- The case schedule is modified as follows:

| | |
|---|---|
| **JURY TRIAL** set for 9:30 a.m. on | February 19, 2013 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 23, 2012 |
| All motions related to discovery must be FILED by | October 2, 2012 |
| Discovery COMPLETED by | October 22, 2012 |
| All dispositive motions must be FILED by | November 21, 2012 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | December 21, 2012 |
| Mediation per CR 39.1(c)(3) HELD no later than | January 21, 2013 |
| Letter of compliance as to CR 39.1 FILED by | January 28, 2013 |
| Motions in limine should be FILED by | January 17 , 2013 |
| Agreed pretrial order LODGED with the court by | February 1, 2013 |
| Pretrial conference will be HELD at 8:30 a.m. | February 8, 2013 |
| Trial briefs, proposed voir dire & jury instructions due | February 8, 2013 |
| Trial briefs, proposed voir dire & jury instructions due | February 8, 2013 |

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of May, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge